FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2011 JUN 17  AM 10: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

EROGENICS, INC., a Florida corporation,
and MIA KAIN, an individual

CASE NO.:

Plaintiffs,

5:11-CV-362-OC-10 GJK

v.

HISNHERSTOYS, d/b/a FEELDOES.COM,
an unknown entity and  EARL LIVINGSTON,
an individual,

Defendants

_____/


EROGENICS, INC., a Florida corporation, and MIA KAIN, an individual, (herein collectively "EROGENICS") hereby file this complaint against Defendants, HISNHERSTOYS, d/b/a FEELDOES.COM, an unknown entity and EARL LIVINGSTON, an individual, (herein collectively "HISNHERS").

## COMPLAINT

1.      This is an action for federal trademark infringement under the federal trademark law, the Lanham Act, 15 U.S.C. § 1114, and violations of the Anti-Cybersquatting Consumer Protection Act (herein "ACPA"), 15 U.S.C. § 1125(d).

## VENUE AND JURISDICTION

2.      EROGENICS is a Florida corporation located in Ocala, Florida which develops, markets and sells a line of adult sexual aids and novelty items, both within and outside the State of Florida. See www.feeldoe.com.

3.      EROGENICS operates its business primarily through its web site located at <feeldoe.com> (Exh. A) and its network of distributors.  MIA KAIN is president of Erogenics, Inc. and resides in Florida.

4.      HISNHERSTOYS is an unknown entity with business address located at 528 Bradford Street, Brooklyn, New York 11207.  EARL LIVINGSTON is the owner of HISNHERSTOYS (collectively herein "HISNHERS").  EARL LIVINGSTON operates a business at 528 Bradford Street, Brooklyn, New York 11207.

5.      HISNHERS owns and operates its business through multiple websites, including <feeldoes.com> (Exh. B, partly redacted to limit explicit material)(herein the domain <feeldoes.com> is referred to as the "Accused Domain").

6.      HISNHERS conducts business in Florida using the Accused Domain and multiple websites which sell goods to Florida residents.  HISNHERS owns the Accused Domain.  (Exh. C).

7.      Jurisdiction is expressly conferred on this Court by 28 U.S.C. §1331, 1338, 2201 and 2202.

8.      Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 because HISNHERS (i) intentionally targeted EROGENICS' Florida operations; (ii) intentionally and knowingly used EROGENICS' trademark (FEELDOE) in the Accused Domain name <feeldoes.com>; and (iii) did these acts in a manner to imply endorsement by EROGENICS of defendants' products.

**FACTS RELATIVE TO ALL COUNTS**

9.      EROGENICS obtained and uses its federally registered marks FEELDOE Reg. No. 2660811 and FEELDOE SLIM Reg. No. 2979878  in connection with its adult sexual aids and novelty items. (Exh. D).

2

10. EROGENICS' first began using the FEELDOE mark in 2002 in connection with its adult toy products and such use continues to this day.

11. EROGENICS registered its domain <feeldoe.com> in 2000 and began using the trademarked domain for sales and promotion of its FEELDOE products in 2002.

12. HISNHERS's registered the Accused Domain <feeldoes.com> on May 15, 2009 almost ten (10) years after EROGENICS perfected its rights to the FEELDOE mark (see trademark applications filing date, May 3, 2000) and seven (7) years after it began using FEELDOE on its products and using the website at feeldoe.com to sell adult toys. Upon information and belief, HISNHERS offered for sale genuine FEELDOE branded products on the Accused Domain, and improperly used the Accused Domain and website advertisements to sell competitor's products. (Exh. B).

13. In late 2010, EROGENICS discovered that HISNHERS' use of the FEELDOE mark and improper registration and use of the Accused Domain caused confusion among consumers, including customers located in Florida and throughout the United States.

14. HISNHERS operates many websites such as <hisnherstoys.com>, <marital–aids.com> and <strapless-strapons.com>, among others. These websites use the FEELDOE mark as a metatag, and as a search term leading to a page selling competing goods. HISNHERS uses the trademarks as a header on pages selling other competitive goods. The use of FEELDOE and its plural "feeldoes" as a metatag to attract consumers to defendants' websites causes consumer confusion. The use of FEELDOE as a search term to display competing products is causing consumer confusion.

15. Upon information and belief, consumer confusion continues to this day and will likely continue in the future.

3

16. On or about January 19, 2011, EROGENICS sent HISNHERS a cease and desist letter regarding the unauthorized registration and use of the subject domain and the unauthorized sale of the FEELDOE products. (Exh. E).

17. Shortly after receipt of the cease and desist letter, the content on the subject domain disappeared (see Exh. F), although there was no response or communication from HISNHERS.

18. The acts of HISNHERS were done willfully, intentionally and in bad faith.

19. Upon information and belief HISNHERS knew of EROGENICS's superior U.S. trademark rights and did nothing to avoid or reduce the likelihood of consumer confusion.

20. Upon information and belief, HISNHERS purposefully and willfully exploited the goodwill associated with EROGENICS' U.S. Trademark rights for its family of FEELDOE marks.

21. Due to the length of time FEELDOE product has been sold throughout the U.S. (over nine (9) years) and the extensive Internet advertisements of FEELDOE product, it is likely HISNHERS knew about the FEELDOE product, its reputation in the market, the trademark and the website <feeldoe.com> well before HISNHERS registered the plural version of the FEELDOE mark as an identical domain <feeldoes.com> in May 2009. the fact that HISNHERS sold genuine FEELDOE product on the Accused Domain indicates that HISNHERS had prior knowledge of EROGENICS' rights before HISNHERS registered the Accused Domain.

22. Upon information and belief, HISNHERS used the Accused Domain to target EROGENICS' business in Florida with these acts of trademark infringement and cybersquatting. HISNHERS actions were expressly aimed at EROGENICS.

4

23.   Consumers have been mislead by the use of the Accused Domain <feeldoes.com> and EROGENICS has been damaged by HISNHERS acts and has lost sales in Florida and in the United States.

24.   Upon information and belief, HISNHERS has sold product to Florida customers via the Accused Domain and its other active websites. The Accused Domain advertises products which directly compete with FEELDOE products.

25.   On the Accused Domain, Florida customers and others in the U.S. could and did purchase product. Sales of product were made through the Accused Domain.

26.   EROGENICS has been irreparably injured by these unlawful and unauthorized acts and monetary damages cannot adequately compensate EROGENICS for all of its losses.

### COUNT I – FEDERAL TRADEMARK INFRINGEMENT

27.   This is an action for federal trademark infringement under § 32 of the Lanham Act, the Federal Trademark Act,15 U.S.C. § 1114.

28.   EROGENICS realleges and incorporates herein the allegations of paragraphs 1 through 26 above.

29.   EROGENICS owns or is the exclusive licensee of federal trademark registrations for FEELDOE Reg. No. 2660811 and FEELDOE SLIM Reg. No. 2979878  in connection with adult sexual aids and novelty items. (Exh. D).  EROGENICS uses the family of FEELDOE marks to develop, market and sell its adult sex toys.

30.   EROGENICS has not authorized HISNHERS' use of the mark FEELDOE in any manner, within the United States.

31. Consumers, vendors and others who seek information about or the purchase of genuine FEELDOE products are confusing EROGENICS and HISNHERS due to HISNHERS' unauthorized use of EROGENICS' federally registered marks. Consumers, vendors and others who seek information about or the purchase of genuine FEELDOE goods are confusing EROGENICS and HISNHERS. HISNHERS uses a virtually identical domain address of <feeldoes.com> and email addressed with an  extension of "xxxxxx@feeldoes.com." HISNHERS uses EROGENICS trademarks as meta data tags. HISNHERS uses EROGENICS trademarks to promote the sale of competing products.

32. HISNHERS' unauthorized use of the family of FEELDOE marks constitutes federal trademark infringement of EROGENICS' federally registered marks.

33. HISNHERS' use and exploitation of the <feeldoes.com> domain and its continued use of the Accused Domain as a website pointer constitutes an infringement of EROGENICS' federally registered marks. (Exh. D).

34. Buyers and sellers of adult toys using the Internet have confused HISNHERS' website and competitive products with EROGENICS' website and products.

35. This confusion will continue unless enjoined by the Court.

36. EROGENICS has been damaged and will continue to be damaged by the unauthorized and intentional use of its trademark by HISNHERS.

## COUNT II – VIOLATIONS OF THE ACPA, 15 U.S.C. § 1125(d)

37. This is an action under the Anti-Cybersquatting Consumer Protection Act (herein "ACPA"), 15 U.S.C. 1125(d).

38.     EROGENICS realleges and incorporates herein the allegations of paragraphs 1 through 36 above.

39.     EROGENICS owns or is the exclusive licensee of federal trademark Registration Nos. FEELDOE Reg. No. 2660811 and FEELDOE SLIM Reg. No. 2979878 in connection with adult sexual aids and novelty items. EROGENICS uses the family of FEELDOE marks to market and sell its adult sexual aids and novelty items.

40.     EROGENICS owns and uses the domain <feeldoe.com> to sell and support its family of FEELDOE branded products.

41.     HISNHERS' use and registration of the <feeldoes.com> domain (the "Accused Domain") was and is in bad faith and, upon information and belief, HISNHERS has profited and continues to profit by the use of the Accused Domain. HISNHERS' prior knowledge of the FEELDOE product before defendants registered the Accused Domain and the registration of an identical domain <feeldoes.com> proves that HISNHERS engaged in cybersquatting.

42.     HISNHERS intends to divert and does divert customers seeking adult toys away from EROGENICS with the use of the Accused Domain.

43.     EROGENICS has been damaged by the use of the Accused Domain.

44.     Such damage will continue unless enjoined by the Court.

45.     EROGENICS is irreparably injured by the unauthorized use of its trademarks and the Accused Domain.

   **WHEREFORE**, EROGENICS respectfully requests judgment in its favor and against HISNHERS, holding:

7

I.      That HISNHERS, and all persons in active concert or participation with HISNHERS, be enjoined and restrained from, in any manner, either directly or indirectly:

(1) Continuing use of any FEELDOE marks, including the plural versions thereof, and any mark confusingly similar to FEELDOE in any domain name, as a meta tag, in meta data and as a header on page listing competitive goods;

(2) Continuing use of any domain name with FEELDOE in any form or format as a domain name and with any available top level domain ("TLD") extension, such as .com, .org., .net, etc.;

(3) Continuing use of any email address or extension with FEELDOE or any versions thereof;

(4) Committing any act which constitutes conduct likely to cause confusion, mistake or deception with respect to EROGENICS or the FEELDOE marks;

(5) Making any statement or representation or performing any act which is likely to lead the public or individual members of the public to believe that HISNHERS is, in any manner, directly or indirectly, associated or connected with, or licensed, authorized, or approved by or on behalf of EROGENICS, or to believe that any goods offered for sale by HISNHERS are goods sold or offered by EROGENICS;

(6) Committing any act which constitutes conduct which is a false or misleading description of fact concerning any association between HISNHERS and EROGENICS, or, in commercial advertising or promotion, constitutes a misrepresentation of the nature, characteristics, and/or qualities of the HISNHERS' goods or services;

8

(7) Continuing use of any FEELDOE illustration or text which would likely cause confusion, deception and mistake among the consuming public or the trade as to source, approval, sponsorship or association of HISNHERS' goods or services with respect to FEELDOE; and,

(8) Asserting any association with EROGENICS.

II.     Permanent injunctive relief requiring the complete and unconditional transfer of the Accused Domain <feeldoes.com>, and all the attendant rights and registrations, from HISNHERS to EROGENICS.

III.     That HISNHERS be required to account to EROGENICS for any and all profits derived by them or any of them by reason of the acts of the described herein.

IV.     That EROGENICS be awarded compensatory damages and treble damages for willful infringement.

V.     That EROGENICS receive pre and post judgment interest.

VI.     That HISNHERS be required to deliver up, for destruction: All marketing materials, ads, web sites, letterhead, business cards, promotional CDs, and brochures that are in the possession, custody or control of HISNHERS that carry the mark FEELDOE, or other marks confusingly similar to, or a colorable imitation of the FEELDOE mark.

VII.     That EROGENICS be awarded statutory damages pursuant to the ACPA, 15 U.S.C. §1125 (d)(1), in an amount not less than $1,000.00 nor more than $100,000.00 for the bad faith registration and use and transfer of the domains listed above.

VIII.     That EROGENICS be awarded its costs and attorneys fees and expenses in this action pursuant to the ACPA and the Lanham Act.

9

IX.     That the Court award EROGENICS such other and further relief as the Court may deem just and proper.

**EROGENICS demands a jury trial.**

Dated: _June 16 2011_

Respectfully submitted,

By: _Robert Kain_

Robert C. Kain, Jr.
Florida Bar No. 266760
RKain@ComplexIP.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast 3rd Avenue, Suite 205
Fort Lauderdale, Florida 33316
Telephone:     (954) 768-9002
Facsimile:     (954) 768-0158

G:\RCK\CLIENTS\Mia Kain\Kain-v-His-n-HerToys\plead-complaint-v4-ss.wpd

......feeldoes....Go Strapless & Share the Joy!...feeldoes.........

To enter this web site you must: be an adult as defined by governing law in your locale; be here voluntarily and take full responsibility for accessing the contents and products; and agree to indemnify Erogenics, Inc., owner(s), employees, and contractors from claims, liabilities, losses, arising from use of the products and/or information contained or obtained here.

**In short, only if you're legally old enough,**
**please click here & enter at your own risk.**



Feeldoe® and Feelbuck® are trademarks of Erogenics, Inc., and products are protected under the scope of U.S. Patent number 5,690,603, and others. Our products are novelty items only, and made in the U.S.A.
Copyright © 2003 - 2010  Erogenics, Inc.  All rights reserved.   .



Complaint  Exhibit  A

## Welcome to the Official Home of all of the
## Patented Strapless StrapOns in the World



## Go Strapless & Share the Joy!feel doesfeeldoes

**We have all silicone Feeldoe® in READY STOCK!!!**
**Our prices as stated are the bottom line, U.S. priority shipping & taxes are included!**

Home Page | Her Story | About Us | FAQ | Reviews | Newest Member | Acrylic Toys | Silicone Toys

Though created for lesbians and guys who are female to male trans gendered, about 80% are purchased by heterosexual couples. Everyone is enjoying these new Patented pleasure toys! Men with erectile dysfunction problems are using Feeldoe® as prosthetics. Gay men have discovered that Feelbuck® are ideally practical for solo play. One way or another, this fabulous invention is pleasing everyone world wide!

Feeldoe® were invented and patented by a woman. Read Her Story here and learn how and why Mia created this fabulous new product line. Visit our FAQ page for general information about using Feeldoe® and Feelbuck®, and read product Reviews. We supply detailed information about Sizes, the Newest Member of the Strapless Strap On Family, and our nifty little Vibrators. We're also the source of another variation of Mia's patented pleasure toy made of acrylic called Feelbuck®.

To be on this web site you must: be an adult as defined by governing law in your locale; be here voluntarily and take full responsibility for accessing the contents and products; and agree to indemnify Erogenics, Inc., owner(s), employees, and contractors from claims, liabilities, losses, arising from use of the products and/or information contained or obtained here.



**Contact Us:**
**To track an order: GRITS@feeldoe.com**
**Comments about the web site: WebMistress@feeldoe.com**

Feeldoe® and Feelbuck® are trademarks of Erogenics, Inc., and products are protected under the scope of U.S. Patent number 5,690,603, and others. Our products are novelty items only, and made in the U.S.A.
Copyright © 2003 - 2010 Erogenics, Inc. All rights reserved.

Home Page | Her Story | About Us | FAQ | Reviews | Newest Member | Acrylic Toys | Silicone Toys



**You have found the beginning of the strapless sex toy revolution!**
# It all started HERE at
# www.feeldoe.com.

Home Page | Her Story | About Us | FAQ | Reviews | Newest Member | Acrylic Toys | Silicone Toys

Erogenics, Inc. is a Florida Corporation established in '02 when Mia began manufacturing her patented products. This web site has been in continuous operation since then, and we've never run out of stock on any silicone feeldoe® item.

Our business office is located at 1643 Williamsburg Square, Lakeland, FL  33803. Ph. (863)425-1137 Eastern Standard Time

Please send snail mail and authorized returns to our postal station:

**Erogenics, Inc.  PO Box 2694   Lakeland, FL  33806**

We're *VERY FAST* at shipping your goods (usually on the same day).  U.S.A. customers receive their parcels in only 2 - 3 days, and Globals arrive in 5 or so. Check out our Reviews page!  Our customer service email address is
GRITS@feeldoe.com
It's southern code for Girls Raised In The South who lived to tell about it!

Here's some extra information **about us** for the inquiring minds:



When you place your order, Ann and Eileen will hand address your parcel and tracking label.  The two of them will take it to the post office.  Why does it take 2 people to go to the post office?  Well, they've been together for over 20 years and they're just *like that!*  If one of them is not hungry, the other one won't eat.  Go Figure!

We have some other people who file papers, swab the deck, and fetch supplies. We even have an "almost handy man".  Mia's the only one around here who is Not a disabled American vet, and she's just... well, there's a fine line between genius and insanity, and she teeters!  hahaha!!!  The number above is her direct cell... now that's Crazy!!!  You won't have to punch in extension numbers or deal with picking any "departments".  If she doesn't grab it in time, you'll get her voice mail.  Please leave a message and she'll call you back... or she'll see to it that the right human being who can best help you does... and swiftly.

Our quaint funny little web site is for Real.  We're for Real.  We do One Thing and we do it better than anyone else in the world.  This is a "global project" of setting the world free from straps and gear delays.  We're on a MISSION and we believe in it.  We LOVE our jobs and Feeldoe® are fabulous products!!!

We have a snail mail order form, too.  That's right!  You can send a money order and we'll ship your parcel just as quickly as if you ordered through the net.  We make it as safe and easy as possible to get our products to you.  An internet order will be charged to your credit card as Erogenics, Inc.  It won't say feeldoe.com or that you bought a sex toy.  hehehe! 

Are you still reading?  We do many things differently!
Our A+ Better Business Bureau rated eCommerce folks email your receipt.  <u>Click to Check BBB rating</u>
When your order comes in to us, we print it on real paper, and delete the electronic file.  We don't keep records on computer systems.
Your parcel will be hand addressed, too.  Mia says those automated shipping labels could pose a security risk someday, and no one can hack what doesn't exist.  Strokes of genius are so simple!
She has privacy issues and thinks everyone's entitled to them, so we treat every order as some big top secret mission!
She won't let us use fancy boxes or formed clam shell packaging.  What's discrete about toting *that* out to the trash?  How is producing garbage *green friendly?*  It's that simple genius thing again: Your Feeldoe® will be all by its self and sealed in a thick plastic bag from our processing facility... never touched by un gloved hands!



More of what we Don't do:

We don't make you create a user account and log in so we get your email address.  We don't do mailing lists or spam.
We don't put paperwork or solicitations in your parcel.
We're not supported by advertising with scads of ads in the margins.
We're not linked to a jillion other sites.  We don't exchange kickbacks with other sites, and we don't do pop ups.
We don't offer any sales gimmicks or secret coupon codes.
We don't use any pictures of naked people.  Seducing you is your partner's job, not ours!
We don't record phone calls for "training purposes".  Who are those outfits fooling?



We won't send you any surveys to help improve service.  We've been *in the service*, and know how to follow orders.

"Ma'am, yes, Ma'am.  Sir, yes, Sir!"

**What we DO is simple: You place your order.  We ship your parcel.**
Like we said above, we do One Thing and we do it better than anyone else in the world!

<u>Home Page</u> | <u>Her Story</u> | <u>About Us</u> | <u>FAQ</u> | <u>Reviews</u> | <u>Newest Member</u> | <u>Acrylic Toys</u> | <u>Silicone Toys</u>

# Your contribution to this fabulous project is truly appreciated!



You'll get no spam or junk mail.  We don't even put paper work or other ad stuff in the box.
**We value your privacy, too!**







We take DISCOVER, VISA, & Master Card and
we also have a snail <u>mail order</u> form you can print and simply
mail us the old fashioned way with a money order or certified
bank's check.

OUTSIDE of the U.S.A: The system will add a $39.00 shipping fee which
covers Global Express Parcel Service.
(the fastest way)



but we're not responsible for taxes or import duties in your country.  Yes,
if you order two items, together as one order, we'll get them to you for
the same one time $39.00 shipping fee.  If you order more than two
items at at time, we reserve the right to add an additional shipping and
handling fee to your credit card, and placing an order for three or more
items serves as authorization to do so.

We can't guarantee quite such a speedy delivery of Feelbuck® items.  The
amazingly wonderful woman who creates these beauties works
*when the spirit moves her* and artistic beauty just can't be rushed.
They don't get spit out of some robotic machine!
We'll try to keep ahead and have 'em ready handy so we can get yours to ya' within
a week like we do our silicone Feeldoe®, but if we're out of the Feelbuck® color you
want, it may well take several weeks.   It doesn't happen very often, but good things
come to those who wait.
We're just sticklers for telling the truth before you put all your personal information
into the invisible hands of ether land. Before you get to the part where you put in
your account number, you'll be on sacred ground, in Secured Banking Internet
Territory!

**Contact Us:**
**To track an order: GRITS@feeldoe.com**
**Comments about the web site:  WebMistress@feeldoe.com**

Feeldoe® and Feelbuck® are trademarks of Erogenics, Inc., and products are protected under the scope of U.S.
Patent number 5,690,603, and others. Our products are novelty items only, and made in the U.S.A.
Copyright © 2003 - 2010  Erogenics, Inc.  All rights reserved.

**Home Page | Her Story | About Us | FAQ | Reviews | Newest Member | Acrylic Toys | Silicone
Toys**



  

Click A+ to verify shopping cart merchant security!

feeldoes ~ feeldoes ~ feeldoes
## Our Prices INCLUDE Priority Shipping
## & Sales Tax within the U.S.A.
with Discrete Packaging, too.
feeldoes ~ feeldoes ~ feeldoes



Don't worry!  Your new member will Not arrive in a truck with"Dildo Delivery" painted on the side.
Your secrets are safe with us!
Before you click to buy one, scroll on down for the Size Chart, order placement terms and shipping details.

**Home Page | Her Story | Reviews | Newest Member | Buy Acrylic Toys | Buy Silicone Toys**

   

We take Discover, Visa, Master Card, and we also take old fashioned mail orders!

**UNITED STATES POSTAL SERVICE®** Shipping with Signature Delivery is Free to all US locations including POBs and APOs.
This computer brain box will tell you the final outcome BEFORE you make a committment.
Ha! How many of us wish we could do that with our relationships!?!



Feeldoe® Classic
$88.00

Quantity: 1

Agree to Terms & Buy Now



Vibrating Feeldoe® Classic
$98.00

Quantity: 1

Agree to Terms & Buy Now



Feeldoe® Slim
$82.00

Quantity: 1

Agree to Terms & Buy Now



Vibrating Feeldoe® Slim
$92.00

Quantity: 1

Agree to Terms & Buy Now



http://www.feeldoes.com/

Edit   View   Favorites   Tools   Help

avorites   | Feeldoe - Strapless Strap-On Dildo - Feeldoe's - Lesbi...

**TAGS**

dildo strapon Strap-On lesbian
sex toy straon lesbian dildo
harness Strap-Ons Strap-ons &
Harnesses Harness & Dong
Sets strapless feeldoe double
dildo **feeldoes** latex
free harness dildo Fun
Factory Feeldoe More
strapons strapless dilod
share xs realistic design
veined share harness
stra-on Harnesses
strapon strapless
harness Strapless Strap
-on Feeldoe Stout strap on
porn Vibrating Dildo Feeldoe
Original Strapless Strap-On
strap on lesbian Latex g-spot
we vibes lesbian strap on sex
Vibrating bullet we-vibe ii strap
on lesbians Nexus We-Vibe
lesbian strap on Strap-Ons and
Harnesses hands-free Feeldoe
Slim Vibrating Vibrating girl on
girl Bumble Bee

pleasures of mutual penetration without the hassles of a harness. The More is a larger version of the Regular Feeldoe.

Using the Feeldoe will develop your anal or vaginal muscles for more intense orgasms, increase sexual pleasure, and allow you to explore your every fantasy








Feeldoe More Harness          Fun Factory Share                              Feeldoe Stout
dildo                         Baby Rosa Double          Strapon
                             Dildo

**SPECIALS**



We-Vibe II
Vibrators -
Sex Toys
$89.95

Unlike other double dildos, the Feeldoe is contoured to fit the body. The bulb end of the dildo is held inside the vagina by contracting the vaginal muscles. The ridged portion stimulates your clitoris and its superior design allows you satisfy your partner at just the right angle. NO HARNESS NECESSARY!



Play

Experience full skin on skin contact for a more intimate connection with your partner. The Feeldoe can be inserted up to 5-1/2 inches and it has a circumference of 1 3/4 inches.

Feeldoe - Strapless Strap-On Dildo - Feeldoe's - Lesbian sex toys - strap-in for a wild ride

Hi, Log in
- Cart: (empty)
- Your Account



| Feeldoe More | Share Purple | Share XS | 6" Gal Pal | Stout Feeldoe |

The Feeldoe is a wonderfully universal toy. It can be used with or without a partner in more than one way. The bulb on the end of the Feeldoe can be inserted into the anus or vagina and used to penetrate your partner. For solo use, the bulb works wonders as a handle, making it easy to maneuver and position. Available in Slim, Regular, Stout, and More.

The Feeldoe is an amazing sex toy that combines the excitement of strap-on sex and the pleasures of mutual penetration without the hassles of a harness. The More is a larger version of the Regular Feeldoe.

Using the Feeldoe will develop your anal or vaginal muscles for more intense orgasms, increase sexual pleasure, and allow you to explore your every fantasy!



| Feeldoe Stout | The FeelDoe Vibrating Silicone Harness Dildo | Fun Factory Share Black Double Dildo | Wireless Power Harness Vibrating Strapon |

Unlike other double dildos, the Feeldoe is contoured to fit the body. The bulb end of the dildo is held inside the vagina by contracting the vaginal muscles. The ridged portion stimulates your clitoris and its superior design allows you satisfy your partner at just the right angle. NO HARNESS NECESSARY!



Experience full skin on skin contact for a more intimate connection with your partner. The Feeldoe can be inserted up to 5-1/2 inches and it has a circumference of 1 3/4 inches.



Feeldoe More harness dildo - strap-in for a wild ride

Home > Feeldoe Strapless Strapon > Feeldoe More Harness dildo

**FEELDOE MORE HARNESS DILDO**



More, More, More, how do you like it?! The newest addition to the top-selling hands-free feeldoe range of silicone dildos is longer and thicker than any other model.

**$89.95 tax incl.**

Reference : F9959

Quantity : [1]

Availability:  In stock

Add to cart

By buying this product you can collect up to 8 reward points as a voucher of $1.60. Your reward points.



Display all pictures



Slim...



Feeldoe Stout



The FeelDoe...

# Feeldoe More Wearable Vibrating Double Dildo

The Feeldoe is a revolutionary 'strapless strap-on' vibrating dildo that was designed for women, by a woman (but can certainly be used by a man, too). The idea behind the Feeldoe is quite simple, and ends up being pleasurable for both the wearer and the receiver. A large bulb at one end is held in the vagina or anus by the wearer, where the PC or anal muscles hold it in place. This allows the shaft to protrude at a natural angle, so it can be used to penetrate your partner hands free. Some ridged detailing under the bulb stimulates the wearer as well as whoever is on the receiving end, and an included micro stimulator bullet vibe can be slipped inside for extra stimulation. You can also use your own multi speed bullet, or any small vibe that will fit inside. The Feeldoe More is the largest model, and while size enthusiasts and experts will adore it, it may be too large and heavy for a beginner. If needed, you can increase support by using it with a traditional harness or strap-on system. Medical grade platinum silicone material is extremely hygienic; you can boil or bleach your vibe for total sterilization, and it's completely odor free and tasteless. Always use a water based lubricant, a silicone lube will break down the material over time and leave your toy permanently tacky. The included bullet vibe takes 3 watch batteries, which are included. Explore the science of sensation with Tantus.



**Specifications**

- Length - 10"
- Insertable length - 8" (shaft), 4" (bulb)
- Girth - 4 1/2" around at largest (shaft) 4.9" at bulb
- Width - 1 3/4" at widest (shaft), 1 1/2" at bulb
- Material - Silicone
- Powered by - 3 x watch batteries
- Special features - Hygienically superior, body safe, phthalate free
- Color - Red



| Fun Factory Share... | Fetish Fantasy... | Nexus Maximus... |
|---|---|---|
| Be the one who gives pleasure! Discover new possibilities & add creativity to you love life with... | Get hands-free stimulation and hot face to face sex with the Vibrating Strapless Strap-on. | This large double dildo has a unique shape that promotes pleasure for both partners by... |
| **$74.95** | **$32.95** | **$98.95** |

No customer comments for the moment.
Only registered user can post a new comment.

Username / Customer#    Password          Create Account | Forgot Password?          USD       empty

Deals of the Day                                          24/7 Sales & Support (480) 505-8877

Our Commercials    Bob's Video Blog    Help & Forums          WHOIS Domain Check

Domains   Hosting   Email   Websites   Search Engines   SSL & Security   Resellers   Affiliates   Auctions   My Account

## WHOIS search results for:
## FEELDOES.COM
(Registered)

**Is this your domain?**
Add hosting, email and more

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
HisnHersToys

528 Bradford Street
Brooklyn, New York 11207
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: FEELDOES.COM
Created on: 15-May-09
Expires on: 15-May-12
Last Updated on: 09-Jan-11

Administrative Contact:
Livingston, Earl hotts@hotmail.com
HisnHersToys
528 Bradford Street
Brooklyn, New York 11207
United States
(347) 280-6481

Technical Contact:
Livingston, Earl hotts@hotmail.com
HisnHersToys
528 Bradford Street
Brooklyn, New York 11207
United States
(347) 280-6481

Domain servers in listed order:
NS1.WEBHOSTINGPAD.COM
NS2.WEBHOSTINGPAD.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand against internet
squatters who could try to buy up these names in the hopes of selling them to you at an
inflated price. It also enables you to capture more Web traffic, which you can then direct to
your primary domain.

Domains available for new registration:

Alternate TLDs

| | | |
|---|---|---|
| ☐ feeldoes.info | SAVE! | $1.99*/yr |
| ☐ feeldoes.org | SAVE! | $9.99*/yr |
| ☐ feeldoes.me | SAVE! | $8.99*/yr |

Similar Domains

| | |
|---|---|
| ☐ thefeeldoes.com | $11.99*/yr |
| ☐ feeldoessite.com | $11.99*/yr |
| ☐ myfeeldoes.com | $11.99*/yr |
| ☐ feeldoesonline.com | $11.99*/yr |
| ☐ newfeeldoes.com | $11.99*/yr |

Similar Premium Domains

| | |
|---|---|
| ☐ DoWish.org | $280.00* |
| ☐ DidBy.com | $149.00* |
| ☐ ThereDo.com | $3,750.00* |
| ☐ FeelSen.com | $3,568.00* |
| ☐ FeelWow.com | $3,168.00* |
| ☐ FeelYou.net | $1,168.00* |

Domains available at Go Daddy Auctions®:

| | |
|---|---|
| ☐ whatdoesmybodyneed.com<br>Ends on: 2/14/2011 12:00:00 AM | $100.00* |
| ☐ whatdoesmybodyneed.net<br>Ends on: 2/14/2011 12:00:00 AM | $100.00* |
| ☐ canyoufeelthebeat.com<br>Ends on: 2/17/2011 12:00:00 AM | $500.00* |
| ☐ feelforumino.com<br>Ends on: 3/5/2011 9:02:00 AM | $1,668.00* |
| ☐ ituri-host.com<br>Ends on: 3/5/2011 9:03:00 AM | $2,668.00* |
| ☐ lookgreatandfeelbetter.com<br>Ends on: 3/5/2011 9:03:00 AM | $1,168.00* |

### Learn more about

Private Registration          Deluxe Registration

Business Registration          Protected Registration

*Plus ICANN fee of $0.18 per domain name year
** CA domain names will be registered through Go Daddy Domains Canada, Inc, a CIRA certified registrar.

Complaint Exhibit C

Enter a domain name to search          .com

| My Account | Domain Search | Webmail | Telephone Support & Sales | Careers |
| My Renewals | Product Catalog | WHOIS search | Go Daddy Community | Security Center |
| My Upgrades | Product Advisor | ICANN Confirmation | Discussion Forums | Company Info |
| Account Settings | Gift Cards | Affiliates | Help and Guides | News Center |
| Customer Information | Go Daddy Mobile | Follow & Fan Us! | User Groups | Customer Testimonials |
| Order History | Today's Offers | Gadgets/Widgets | Submit Support Ticket | Go Daddy Scoop |
| Create Account | | Commercial Contests | Site Suggestions | Marketing Proposals |
| | | Site Map | Report Spam | Advertising Opportunities |
| | | | Executive Account Services | .ME Scholarship |

YourEmail@YourWebsite.com

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on January 13, 2011

Legal  Privacy Policy

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1900 - 2011 GoDaddy.com, Inc. All rights reserved.

Although it often appears "WHOIS" or "Whois", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

• If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

• If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

• If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.

**Int. Cl.: 10**

**Prior U.S. Cls.: 26, 39, and 44**

**United States Patent and Trademark Office**

**Reg. No. 2,660,811**
Registered Dec. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## FEELDOE

KAIN, MELISSA MIA (UNITED STATES INDIVI-
   DUAL)
P.O. BOX 737
MULBERRY, FL 33860

   FOR: ADULT NOVELTY ITEMS, NAMELY, DIL-
DOS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 1-16-2002; IN COMMERCE 1-16-2002.

SN 78-006,612, FILED 5-3-2000.

SHARON MEIER, EXAMINING ATTORNEY

Complaint Exhibit D

Int. Cl.: 10

Prior U.S. Cls.: 26, 39, and 44

## United States Patent and Trademark Office

Reg. No. 2,979,878

Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER

*feeldoe* SLIM

KAIN, MELISSA MIA (UNITED STATES INDIVI-
    DUAL)
P.O.BOX 2694
LAKELAND, FL 33806

FOR: ADULT SEXUAL AIDS, NAMELY, ARTIFI-
CIAL PENISES, IN CLASS 10 (U.S. CLS. 26, 39 AND
44).

FIRST USE 5-3-2004; IN COMMERCE 5-3-2004.

OWNER OF U.S. REG. NO. 2,660,811.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SLIM", APART FROM THE MARK
AS SHOWN.

SN 78-376,640, FILED 3-1-2004.

SUE LAWRENCE, EXAMINING ATTORNEY

# KAIN & ASSOCIATES
## ATTORNEYS AT LAW
_____

### COMPLEX I P . COM

Patent - Trademark - Copyright - Computer Law
Trade Secret - Domain Disputes

900 Southeast Third Avenue, Suite 205
Fort Lauderdale, Florida 33316-1153
Telephone:  (954) 768-9002
Facsimile:   (954) 768-0158

www.ComplexIP.com
Robert C. Kain, Jr      rkain@ComplexIP.com
Darren Spielman    dspielman@ComplexIP.com

January 19, 2011

VIA EMAIL hottts@hotmail.com AND FEDERAL EXPRESS 2nd DAY
Earl Livingston
HisnHersToys
528 Bradford Street
Brooklyn, New York 11207
(347) 280-6481

Re:   *Erogenics and Mia Kain Inc. v HisnHersToys d/b/a www.feeldoes.com*
      Trademark Infringement
      FEELDOE Reg. No. 2660811
      FEELDOE SLIM and Design Reg. No. 2979878
      Our Ref: 5041- 25

Dear Sir:

We represent Erogenics, Inc. (herein "Erogenics") with respect to its intellectual property and trademark matters. Erogenics has recently learned that your company, HisnHers Toys d/b/a www.feeldoes.com (herein "HHT") is using an identical or a confusingly similar versions of Erogenics's family of Federally Registered Trademarks including FEELDOE and FEELDOE SLIM for the sale of dildos. Consumers will believe that your use of FEELDOE and FEELDOE SLIM is associated with or sponsored by Erogenics. Further, we believe that you copied Erogenics's family of FEELDOE trademarks. Although "copying is the highest form of flattery," in the case of HHT, copying Erogenics's trademarks is a violation of the Federal Trademark Law, the Lanham Act.

Erogenics has sold its unique FEELDOE dildos since 2002, utilizing its distinctive and incontestable trademarks. Erogenics's federally registered trademarks include FEELDOE Reg. No. 2660811 and FEELDOE SLIM and Design Reg. No. 2979878. (Exhibit A).  HHT is using the FEELDOE marks without authorization and is causing confusion in the marketplace. Further, Erogenics has discovered that HHT registered and uses the domain www.feeldoes.com without authorization. (Exhibit B). HHT sale of FEELDOE goods and other competitors of Erogenics on the subject domain is a violation of the AntiCybersquatting Consumer Protection Act (ACPA).

It is our opinion that your use of FEELDOE, FEELDOE SLIM, and the www.feeldoes.com domain violates the following laws:

(i) Lanham Act Section (32)(15 U.S.C. §1114), claim for trade mark infringement of the FEELDOE marks;

Complaint Exhibit E

Earl Livingston
January 19, 2011
Page 2

(ii) false association under Section 43(a) between HHT's marks and Erogenics's marks;
(iii) false advertising under Section 43(a) by implying an association between HHT's marks and Erogenics's marks;
(iv) the Federal Trademark Dilution Act, 15 U.S.C. 1125(c) ("FTDA") because HHT is tarnishing Erogenics's marks;
(v) violations of the Anticybersquatting Consumer Protection Act 15 U.S.C. 1125(d) for the registration and use of the www.feeldocs.com website;
(vi) various other common laws.

We demand that HHT immediately cease and desist all use of the "FEELDOE" and "FEELDOE SLIM" marks on its web site, on all advertisements on all signs, on all products and stop all keyword advertising or search engine optimization on the Internet. Additionally, Erogenics demands that you turn over the domain www.feeldoes.com to Erogenics and that no further sales or advertising of goods occur through the subject domain.

We further demand that you advise us of the following:

1. All use in advertisements, signs, promotional materials, and the like of HHT showing or using the "FEELDOE" and "FEELDOE SLIM" marks on any website you control or operate. We demand that you send us an exemplary copy of each such use.
2. How long has HHT been open for business and been using the "FEELDOE" and "FEELDOE SLIM" marks.
3. Your total gross sales and profits resulting from HHT's sales of the "FEELDOE" and "FEELDOE SLIM."
4. Any other domains registered or owned by HHT which contain the FEELDOE mark, including any misspellings of the mark.
5. Any and all other individuals, parties, companies and entities involved in this trademark infringement.

Please be advised that your activities violate the foregoing federal and state laws. The importance of our client's trademark rights cannot be overstated. This matter is of great concern to our client and we must therefore demand a complete and satisfactory response in writing **no later than January 25, 2011**. Lastly, if we cannot resolve this matter well before that time. our client will file a federal lawsuit against HHT and against its principals. seeking all profits from your infringement, treble damages for willful infringement, and attorneys fees and costs.

Sincerely,

Robert C. Kain, Jr.
for the Firm

RCK/cjp

Enclosure
cc:    client
G:\RCK\CLIENTS\Mia Kain\5041-25-c&d-ltr-011411.wpd

 **OpenDNS** GUIDE   | Feel Does

[ Search ]

## Hmm, feeldoes.com isn't loading right now.

The computers that run feeldoes.com are having some
trouble. Usually this is just a temporary problem, so you might
want to try again in a few minutes.

Want more detail? See which nameservers are failing.

### Feeldoes - Cheap Prices
Everyone Wants to Pay a Low Price. Get the Best Value for
Feeldoes!
www.NexTag.com

Sponsored Links



About OpenDNS - Terms of Use - Privacy Policy - Contact
© 2011 OpenDNS

Complaint Exhibit F