UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

EROGENICS, INC., a Florida corporation,
and MIA KAIN, an individual

CASE NO.: 5:11-CV-362-OC-10 GJK

Plaintiffs,

v.

HISNHERSTOYS, d/b/a FEELDOES.COM,
an unknown entity and EARL LIVINGSTON,
an individual,
        Defendants
_____/

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Darren Spielman of the firm Kain & Associates, Attorneys at Law, P.A., hereby enters his appearance as co-counsel for Plaintiffs EROGENICS, INC. and MIA KAIN. Further pleadings should be served upon:

        Darren Spielman
        Fl. Bar. No. 0010868
        Kain & Associates, Attorneys at Law, P.A.
        Suite 205
        900 Southeast Third Avenue
        Ft. Lauderdale, Florida 33316-1153
        (954) 768-9002
        Fax: (954) 768-0158
        DSpielman@ComplexIP.com

Dated: June 21, 2011

By: s/Darren Spielman
Darren J. Spielman (Florida Bar No. 0010868)
Dspielman@ComplexIP.com
900 Southeast Third Avenue, Suite 205
Ft. Lauderdale, Florida 33316-1153
(954) 768-9002
Fax: 954-768-0158
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on _June 21__, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

    __s/Darren Spielman_____  
    Darren Spielman  
    FL Bar No. 0010868

G:\RCK\CLIENTS\Mia Kain\Kain-v-His-n-HerToys\Not-Appear-DJS.wpd